# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY ALAN TAYLOR, | NO. CV 12-01763-VBF-AW |
| Petitioner, | |
| v. | RULE 58 FINAL JUDGMENT |
| AMY MILLER (WARDEN), | |
| Respondent. | |

Pursuant to the Court's Order issued this same date, final judgment is entered in favor of respondent Amy Miller and against petitioner Timothy Alan Taylor.

DATED: March 4, 2014

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE